**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Charles Darrell KING, Defendant–Appellant**

**No. 16–50153**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 07/08/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee

Charles Darrell King, Pro Se

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Charles Darrell King has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). King has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as King's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Ac-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

cordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.